RECEIVED
IN ALEXANDRIA, LA.
MAR 2 1 2014
TONY R. MOORE, CLERK
BY_____
       DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| KENNETH BOROUGHS,<br>    Appellant | CIVIL ACTION<br>NO. 2:13-CV-00777 |
| VERSUS | |
| U.S. COMMISSIONER OF SOCIAL<br>SECURITY,<br>    Appellee | JUDGE JAMES T. TRIMBLE<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Commissioner's motion for summary judgment (Doc. 8) is GRANTED and Borough's appeal is DENIED AND DISMISSED AS UNTIMELY.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 21st day of March 2014.

_____
JAMES T. TRIMBLE, JR
UNITED STATES DISTRICT JUDGE